UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60139-UU

BRIDGETTE T. MCLEAN,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss and Compel Arbitration. D.E. 18. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Chris M. McAliley to take all necessary and proper action as required by law with respect to **Defendant's Motion to Dismiss and Compel Arbitration. D.E. 18.** Pursuant to 29 U.S.C. § 216(B) and Local Rule 7.3, and any motions for extension or enlargement of time that relate to such motion. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of February, 2019.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf
Magistrate Judge Chris M. McAliley