# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

BRIDGETTE T. MCLEAN,

        CASE NO. 19-cv-60139-UU

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

## STIPULATION AND REQUEST FOR STAY OF PROCEEDINGS PENDING ARBITRATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsels for Plaintiff Bridgette T. McLean and Defendant, NAVIENT SOLUTIONS, LLC, to arbitrate this matter, pursuant to a valid arbitration agreement, and request that the Court stay the present litigation pending the outcome of the arbitration.

    Dated:   March 18, 2019.

*s/Kevin Rajabalee*
Kevin Rajabalee, Esq.
Florida Bar No. 119948
3440 Hollywood, Blvd., Ste 415
Hollywood, FL 33021
Telephone: (954) 667-3096
Email: Kevin@KRlegal.net

*s/Neda Ghomeshi*
Barbara Fernandez
Florida Bar No. 0493767
Neda Ghomeshi
Florida Bar No. 123554
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Primary: bfernandez@hinshawlaw.com
nghomeshi@hinshawlaw.com
Attorneys for Defendant

*s/Keven Ackerman, Esq.*
Keven Ackerman, Esq.
Florida Bar No. 115385
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Tel: (305) 359-5228
Email: Kevin@Ackermanfrm.com

303391777v1 1017492