UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60139-UU

BRIDGETTE T. MCLEAN

    Plaintiff,
v.

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss and to Compel Arbitration (the "Motion"), D.E. 18, and the parties' Stipulation and Request for Stay of Proceedings Pending Arbitration (the "Stipulation). D.E. 21. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On January 16, 2019, Plaintiff filed her complaint against Defendant, alleging violations of the Telephone Consumer Protection Act ("TCPA") and the Florida Consumer Collection Practices Act ("FCCPA") arising out of Defendant's alleged calls to Plaintiff to collect money due for her student loan. D.E. 1. On February 27, 2019, Defendant moved to dismiss and compel arbitration, D.E. 18, which the Court referred to Magistrate Judge McAliley on the same date. D.E. 19. As such, Plaintiff's response to the Motion was due on March 13, 2019, but as of the date of this order, Plaintiff has filed no response to Defendant's Motion. Subsequently, on March 18, 2019, the Parties filed the Stipulation, informing the Court that the parties stipulated to arbitrating the instant matter pursuant to their valid arbitration agreement and request that the Court stay in the instant matter pending the outcome of arbitration. D.E. 21. Accordingly, it is

1

2

ORDERED AND ADJUDGED that the parties SHALL ARBITRATE their claims pursuant to the parties' arbitration agreement. It is further

ORDERED AND ADJUDGED that Defendant's Defendants' Motion to Dismiss and Compel Arbitration, D.E. 18, is DENIED AS MOOT.

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close the case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED this __21st___ day of March, 2019 at Miami, Florida.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record