UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**BRIDGETTE T. MCLEAN,**

        **Plaintiff,**

v.

**NAVIENT SOLUTIONS, LLC,**

        **Defendant.**

_____/

Case No.: 19-CV-60139-UU

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, **BRIDGETTE T. MCLEAN**, by and through the undersigned counsel hereby files its Notice of Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

Dated: May 27, 2020

*Respectfully Submitted,*

*/s/ Kevin Rajabalee*
Kevin Rajabalee, Esq.
FBN: 119948
SHARMIN & SHARMIN, P.A.
830 North Federal Highway
Lake Worth, FL 33460
Telephone 954-667-3096
Fax 954-202-9041
Email: kevin@sharminlaw.com
*Attorney for Plaintiff*

*/s/ Kevin P. Ackerman*
Kevin P. Ackerman, Esq.
FBN: 115385
THE ACKERMAN LAW FIRM, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Tel: (305) 359-5228
Email: Kevin@Ackermanfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 27, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

*SERVICE LIST:*

HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Barbara Fernandez, Esq.
Email: bfernandez@hinshawlaw.com
Neda Ghomeshi, Esq.
Email: nghomeshi@hinshawlaw.com
Attorneys for Defendant
Navient Solutions, LLC.

                                                 s/ *Kevin Rajabalee*
                                                 Kevin Rajabalee, Esq.
                                                 FBN: 119948